**Dismissed and Opinion Filed June 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01465-CV

**MARVIN BROCK, Appellant**
**V.**
**RJT PROPERTY & MANAGEMENT LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14321**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee in this case is overdue. By letter dated May 2, 2016, we informed appellant that the check used by appellant to pay the filing fee in this case had been returned to the Court for insufficient funds. We directed appellant to pay the overdue fee within ten days, and cautioned appellant that failure to do so might result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee.

Moreover, by letter dated February 16, 2016, we questioned our jurisdiction over this appeal. Specifically, we notified appellant that it did not appear that the trial court had signed an appealable order or judgment in this case. We directed appellant to provide the Court with a supplemental clerk's record containing a copy of the order appellant sought to appeal within ten

days.  To date appellant has not provided the Court with a supplemental transcript as requested nor has he otherwise corresponded with the Court regarding this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3 (b),(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

151465F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARVIN BROCK, Appellant

No. 05-15-01465-CV        V.

RJT PROPERTY & MANAGEMENT LLC,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-14321.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee RJT PROPERTY & MANAGEMENT LLC recover its costs of this appeal from appellant MARVIN BROCK.

Judgment entered June 28, 2016.

–3–